The Honorable Ronald B. Leighton

FILED ____ LODGED
____ RECEIVED

AUG 3 1 2011

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

NORTHWEST HOME DESIGNING, INC.,

Plaintiff,

v.

GOLDEN KEY CONSTRUCTION, INC., et al.,

Defendants.

NO. C11-5289 RBL

[PROPOSED] ORDER ON MOTION FOR ORDER APPROVING WITHDRAWAL OF COUNSEL FOR DEFENDANTS GOLDEN KEY CONSTRUCTION, INC. AND DOUG BATEMAN

The Court, having considered the Motion for Order Approving Withdrawal of Counsel for Defendants Golden Key Construction, Inc. and Doug Bateman, hereby grants the Motion and grants leave to attorneys Michael D. Myers, Ryan C. Nute and Myers & Company, P.L.L.C. to withdraw as counsel of record from defendants Golden Key Construction, Inc. and Doug Bateman, effectively immediately upon entry of the is Order. Counsel of record from Merrick,

\\

\\

ORDER ON MOTION FOR ORDER APPROVING WITHDRAWAL OF
COUNSEL FOR DEFENDANTS GOLDEN KEY CONSTRUCTION, INC.
AND DOUG BATEMAN - 1
Case No. C11-5289 RBL
L:\189\019\PLEADINGS\MOT FOR WITHDRAWAL - PROPOSED ORDER

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610

Hofstedt & Lindsey, P.S. shall continue to represent defendants Golden Key Construction, Inc. and Doug Bateman going forward.

Dated this 31st day of August, 2011.

                                          _____
                                          THE HONORABLE RONALD B. LEIGHTON

Presented by:

MYERS & COMPANY, P.L.L.C.

Attorneys for Defendant Golden Key Construction, Inc. and Doug Bateman

By /s/ *Ryan C. Nute*
    Michael David Myers, WSBA #22486
    Ryan C. Nute, WSBA #32530
mmyers@myers-company.com
rnute@myers-company.com
Myers & Company, P.L.L.C.
1530 Eastlake Avenue East
Seattle, WA 98102
Business: (206) 398-1188
Facsimile: (206) 398-1189


MERRICK, HOFSTEDT & LINDSEY, P.S.

Attorneys for Defendant Golden Key Construction, Inc. and Doug Bateman

By /s/ *Michelle A. Alig*
    Andrew C. Gauen, WSBA #5633
    Michelle A. Alig, WSBA #40019
agauen@mhlseattle.com
malig@mhlseattle.com
Merrick, Hofstedt & Lindsey, P.S.
3101 Western Ave, Suite 200
Seattle, WA 98121
Business: (206) 682-0610
Facsimile: (206) 467-2689

ORDER ON MOTION FOR ORDER APPROVING WITHDRAWAL OF
COUNSEL FOR DEFENDANTS GOLDEN KEY CONSTRUCTION, INC.
AND DOUG BATEMAN - 2
Case No. C11-5289 RBL
L:\189\019\PLEADINGS\MOT FOR WITHDRAWAL - PROPOSED ORDER

MERRICK, HOFSTEDT & LINDSEY, P.S.
ATTORNEYS AT LAW
3101 WESTERN AVENUE, SUITE 200
SEATTLE, WASHINGTON 98121
(206) 682-0610