The Honorable Judge Ronald B. Leighton

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NORTHWEST HOME DESIGNING INC., <br><br> Plaintiff, <br><br> v. <br><br> GOLDEN KEY CONSTRUCTION, INC., *et al.*, <br><br> Defendants. | Case No.: 3:11-cv-05289-RBL <br><br> [~~PROPOSED~~] ORDER GRANTING MOTION TO RE-NOTE JOINT MOTION TO ENTER CONSENT JUDGMENT AND MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF SAME |

This matter was brought before this court by Plaintiff Northwest Home Designing, Inc.'s ("NHD") Motion to Re-Note Joint Motion to Enter Consent Judgment and Motion for Leave to File Reply in Support of Same. The Court being otherwise fully advised herein, IT IS **HEREBY ORDERED** that the Joint Motion to Enter Consent Judgment is re-noted for September 16, 2011.

DONE IN OPEN COURT this 6th day of September, 2011.

_____
United States District Judge Ronald B. Leighton

[PROPOSED] ORDER GRANTING MOTION TO RE-NOTE JOINT MOTION TO ENTER CONSENT JUDGMENT AND MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF SAME
Case No.: 3:11-cv-05289-RBL

1

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101-3299
PHONE (206) 447-4400 FAX (206) 447-9700

PRESENTED BY:

**FOSTER PEPPER PLLC**

*s/ Samuel T. Bull*
Samuel T. Bull, WSBA No. 34387
Michael S. Schechter, WSBA No. 35602
Foster Pepper PLLC
1111 Third Avenue, Suite 3400
Seattle, WA 98101
Telephone: (206) 447-4400
Fax: (206) 447-9700
Email: bulls@foster.com
schmi@foster.com

**COATS & BENNETT, PLLC**
(Admitted *Pro Hac Vice*)
David E. Bennett, NC State Bar No. 12,864
Anthony J. Biller, NC State Bar No. 24,117
1400 Crescent Green, Suite 300
Cary, NC 27518
Telephone: (919) 854-1844
Fax: (919) 854-2084
Email: dbennett@coatsandbennett.com
abiller@coatsandbennett.com

*Attorneys for Plaintiff*
*Northwest Home Designing, Inc.*

---

[PROPOSED] ORDER GRANTING MOTION TO RE-NOTE JOINT MOTION TO ENTER CONSENT JUDGMENT AND MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF SAME
Case No.: 3:11-cv-05289-RBL

2